IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LANCE WATERS,[1] | § | |
| | § | No. 165, 2015 |
| Respondent Below-Appellant, | § | |
| | § | Court Below:  Family Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County |
| KARA BOYER-RATTEN, | § | |
| | § | CA No.: CN14-05148 |
| Petitioner Below-Appellee. | § | |

Submitted:  October 7, 2015
Decided:    October 12, 2015

Before **STRINE**, Chief Justice; **VAUGHN** and **SEITZ**, Justices.

# O R D E R

This 12th day of October 2015, upon consideration of the parties' briefs and the record below, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in the Family Court's well-reasoned decision dated March 9, 2015 affirming the Commissioner's grant of a protection from abuse order.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] The Court assigned pseudonyms to the parties under Supreme Court Rule 7(d).
[2] *Boyer-Ratten v. Waters*, CN14-05148 (Del. Fam. Ct. Mar. 9, 2015).